## ATTACHMENT A

### STIPULATION OF FACTS

USDC- BALTIMORE
'25 FEB 24 AM 10:43

*The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

On August 10, 2020, at approximately 11:20 p.m., Malik Thompson (hereinafter referred to as "Defendant"), together with two coconspirators, attempted to rob the Mayflower restaurant by intercepting its employees transporting proceeds from the restaurant to their home.

The Defendant and his coconspirators had prior knowledge that Mayflower restaurant personnel transported cash from their business to their residence located on Ocala Avenue in Baltimore, Maryland. Acting on this information, they planned to intercept the business owner and employees to rob them at gunpoint as they arrived home from work.

On the evening of August 10, 2020, the three conspirators drove past the Mayflower restaurant, then proceeded to the business owner's residence where they waited for the business owner and his employees to arrive.

The conspirators parked their vehicle near the residence and waited for the restaurant personnel to park in their detached garage behind the home. Once they arrived, Conspirator 1 approached the rear entrance of the home and Defendant and Coconspirator 2 followed closely behind.

Conspirator 1 withdrew a green 9mm Glock SS80 semi-automatic firearm and pointed it at the victims to rob them by threat of force. Conspirator 1 fired the handgun at Victim 1, striking him in the leg and causing him serious bodily injury. Acting in self-defense, Victim 1 used a Sig Sauer 9mm handgun to return fire, striking Conspirator 1 multiple times. Later that evening Victim 1 received medical attention at a local hospital for his injury.

The Defendant and Conspirator 2 fled the scene by foot and ultimately by car leaving Conspirator 1 behind. Conspirator 1 also attempted to flee but due to his injuries only managed to crawl onto the street near where they parked the car. The Defendant and Conspirator 2 did not stop to assist or retrieve Conspirator 1, who subsequently died from his injuries.

Following the robbery, Defendant fled to his girlfriend's home in Owings Mills. At the crime scene, Police recovered a shoe that fell off the Defendant during his flight from the victim's residence. Forensic analysis later revealed that DNA from the shoe matched the DNA of the Defendant.

The Defendant agrees that he attempted to obtain property of the Mayflower restaurant by wrongful use of actual or threatened force from the above-referenced victims without their consent. The Defendant further agrees that these actions affected interstate commerce.

All events occurred in the District of Maryland.

SO STIPULATED:

                                                                  _____
                                                                  Jacob Gordin
                                                                  Special Assistant U.S. Attorney

2/7/25
Date

                                                                 _____
                                                                 Malik Thompson
                                                                  Defendant

2/7/25
Date

                                                                 _____
                                                                 Julie ~~Juliette~~ Reamy
                                                                 Counsel for Defendant